# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TINA EARNEST**                                                                                      **PLAINTIFF**

**VS.**                                        **4:15–CV–00394-BRW-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After carefully reviewing Judge Deere's Recommendation, Ms. Earnest's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, this case is DISMISSED with prejudice.

IT IS SO ORDERED, this 3rd day of February, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE